ACCEPTED
04-15-00412-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/21/2015 3:51:44 PM
KEITH HOTTLE
CLERK

## NO. 04-15-00412-CR

### COURT OF APPEALS
### IN THE FOURTH JUDICIAL DISTRICT
### SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
10/21/15 3:51:44 PM
KEITH E. HOTTLE
Clerk

| | | |
|---|---|---|
| **JAVIER CARDENAS,**<br>**Appellant** | § | |
| | § | **Appeal from the 187th Judicial District** |
| | | **Court of Bexar County, Texas** |
| **vs.** | § | **Cause No. 2015-CR-1577** |
| | § | |
| **THE STATE OF TEXAS,**<br>**Appellee** | § | |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
10/21/15 3:51:44 PM
KEITH E. HOTTLE
Clerk

### APPELANT'S NOTICE OF SUBSTITION OF COUNSEL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Michael D. Robbins, currently representing Defendant herein, is withdrawing from that representation. Alberto Garcia will substitute as counsel for Defendant. This substitution has the approval of Javier Cardenas, Defendant.

Respectfully submitted,

ROGERS GARCIA PATTON
310 S St Mary's
Suite 865
San Antonio, TX 78205
Tel: (210) 540-3449
Fax: (800) 783-6889

By: _____

Alberto Garcia
State Bar No. 24087560
alberto.garcia@rgp-texaslaw.com
Attorney for Javier Cardenas

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Bexar County pursuant to the rules of appellate procedure.

_____
Alberto Garcia